

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2017

No. 04-17-00057-CV

**IN THE INTEREST OF K.A., A CHILD**,

From the County Court, Jim Wells County, Texas
Trial Court No. 14-09-53616-CV
Honorable Michael Ventura Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal pursuant to section 263.405 of the Texas Family Code. Appellant has filed a notice of appeal stating her intent to appeal from the trial court's judgment terminating her parental rights. The reporter's record was due February 13, 2017. On February 17, 2017, the court reporter filed a notification of late record stating that appellant had failed to request the reporter's record and had failed to make arrangements to pay for the record. However, pursuant to Texas Rule of Appellate Procedure 20.1(a)(3), in "a suit filed by a governmental entity in which termination of the parent-child relationship or managing conservatorship is requested, a parent determined by the trial court to be indigent is presumed to remain indigent for the duration of the suit and any subsequent appeal, as provided by section 107.013 of the Family Code, and may proceed without advance payment of costs." TEX. R. APP. P. 20.1(a)(3). Appellant was found to be indigent in the trial court. Therefore, we ORDER the court reporter to file the reporter's record on or before **February 27, 2017**. **NO EXTENSIONS WILL BE GRANTED.**

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court